70 F.3d 1257
 In re Unisys. Long-Term Disability Plan ERISA Litigation,
John B.G. Roberts, III, Patty Guerrant, Estate of Jackson
Guerrant, Richard Stark, Margaret Roeller, Estate of Eugene
Roeller, Certified Class Representative, John B.G. Roberts,
III, Frances McFeely, Estate of John McFeely
v.
Unisys Long-Term Disability PLan, Unisys Corp., Travelers
Ins. Co., Honorable Richard L. Buckwalter, Judge
of U.S. District Court of Eastern
District of Pennsylvania
 NO. 95-1309
 United States Court of Appeals,
Third Circuit.
 Oct 30, 1995
 Appeal From: E.D.Pa., No. 1-MDL-938
 
 1
 MANDAMUS DENIED.